| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Armine Singh<br>101 N. Brand Boulevard, PH 1920<br>Glendale, CA 91203<br>(818) 276-2314  Fax: (818) 230-3564<br>State Bar Number: 266694<br>armine@jtlegalgroup.com | **FILED & ENTERED**<br><br>**JUN 15 2015**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Ogier    **DEPUTY CLERK** |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for: Debtor* | **CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Shahen Martirosian,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:15-bk-11139-MB<br>CHAPTER: 7<br><br>**ORDER  ☐ GRANTING  ☒ DENYING**<br>**MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☒ No hearing held<br>☐ Hearing held<br>Date:<br>Time:<br>Courtroom:<br>Place: |

**Creditor Holding Lien to be Avoided** (*name*)*:* Heights of Woodland Hills

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt.  The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).

2. ☐ Notice of this Motion complied with LBR 9013-1(o).
    a. ☐ There was no opposition and request for hearing.
    b. ☐ Hearing requested and held as indicated in the caption.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                                          Page 1                        **F 4003-2.1.AVOID.LIEN.RP.ORDER**

3. The real property to which this order applies is as follows:
   a. Street address (*specify*): 4705 Excelente Drive, Woodland Hills, CA 91364

   b. Legal description (*specify*): Lot 209 of Tract No. 9098, In the City of Los Angeles, County of Los Angeles, State of California, As Per Map Recorded in Book 132 Pages 14 through 36, Inclusive of Maps, In the Office of the County Recorder of Said County.

4. Recording information regarding lien to be avoided:
   a. Date of recordation of lien (*specify*): 4/5/2011.

   b. Recorder's instrument number or map/book/page number (*specify*): 20110498098.

5. ☐ Motion granted:
   a. ☐ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)
   b. ☐ The judicial lien is void and unenforceable:
      (1) ☐ In its entirety
      (2) ☐ In the following amount *only*: $ _____. The balance of $ _____ remains a valid and enforceable lien against the property.

6. ☒ Motion denied on the following grounds:    ☐ with prejudice    ☒ without prejudice
   a. ☒ Insufficient notice
   b. ☐ Insufficient evidence of the exempt status of the property in question
   c. ☒ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).

   **Debtor served the affected judicial lien holder, Heights of Woodland Hills Homeowners Association, at the address provided in the state court abstract of judgment, which is more than 4 years old (see Exh. 6 of motion, docket 36). Heights of Woodland Hills Homeowners Association is listed on the California Secretary of State website at a different address than provided for in the state court abstract of judgment (15315 Magnolia Blvd 212, Sherman Oaks, CA 91403). Moreover, Debtor fails to address the notice and motion "to the attention of an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process" as required by FRCP 7004(b)(3).**

   d. ☐ Insufficient evidence of fair market value.
   e. ☐ Motion is incomplete.
   f. ☐ Other (*specify*):

7. ☐ The court further orders as follows (*specify*):

   ☐ See attached page

Date: June 15, 2015

*Martin R. Barash*
———————————————
Martin R Barash
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 2                              **F 4003-2.1.AVOID.LIEN.RP.ORDER**