| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Armine Singh<br>101 N. Brand Boulevard, PH 1920<br>Glendale, CA 91203<br>(818) 276-2314 Fax: (818) 230-3564<br>State Bar Number: 266694<br>armine@jtlegalgroup.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Debtor* | **FILED & ENTERED**<br><br>**JUL 09 2015**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY Ogier    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Shahen Martirosian, | CASE NO.: 1:15-bk-11139-MB<br>CHAPTER: 7 |
|---|---|
| | **ORDER ☒ GRANTING ☐ DENYING**<br>**MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C.§ 522(f) (REAL PROPERTY)** |
| | ☒ No hearing held<br>☐ Hearing held<br>Date:<br>Time:<br>Courtroom:<br>Place: |
| Debtor(s). | |

**Creditor Holding Lien to be Avoided** (*name*)*:* Fredy Uceda

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☒ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).
   a. ☒ There was no opposition and request for hearing.
   b. ☐ Hearing requested and held as indicated in the caption.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 4003-2.1.AVOID.LIEN.RP.ORDER**

3. The real property to which this order applies is as follows:

    a. Street address (*specify*): 4705 Excelente Drive, Woodland Hills, CA 91364

    b. Legal description (*specify*): Lot 209 of Tract No. 9098, In the City of Los Angeles, County of Los Angeles, State of California, As Per Map Recorded in Book 132 Pages 14 through 36, Inclusive of Maps, In the Office of the County Recorder of Said County.

4. Recording information regarding lien to be avoided:

    a. Date of recordation of lien (*specify*): 1/8/2010.

    b. Recorder's instrument number or map/book/page number (*specify*): 20100026897.

5. ☒ Motion granted:

    a. ☒ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)

    b. ☒ The judicial lien is void and unenforceable:

        (1) ☒ In its entirety

        (2) ☐ In the following amount *only*: $ _____. The balance of $ _____ remains a valid and enforceable lien against the property.

6. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

    a. ☐ Insufficient notice

    b. ☐ Insufficient evidence of the exempt status of the property in question

    c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).

    d. ☐ Insufficient evidence of fair market value.

    e. ☐ Motion is incomplete.

    f. ☐ Other (*specify*):

7. ☐ The court further orders as follows (*specify*):

    ☐ See attached page

###

Date: July 9, 2015

*Martin R. Barash*
Martin R Barash
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 4003-2.1.AVOID.LIEN.RP.ORDER**